1
2
3
4
5
6
7           **UNITED STATES DISTRICT COURT**
8           **CENTRAL DISTRICT OF CALIFORNIA**
9              **WESTERN DIVISION**
10

11  JAVIER LAUREL,                     )      No. CV 08-1676-MMM (PLA)
                                       )
12                                     )      **ORDER ADOPTING MAGISTRATE**
                 Petitioner,           )      **JUDGE'S FINAL REPORT AND**
13                                     )      **RECOMMENDATION**
            v.                         )
14                                     )
                                       )
15  T. FELKER,                         )
                                       )
16               Respondent.           )
                                       )
17  _____)

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

19  magistrate judge's final report and recommendation filed herein and petitioner's objections.  The

20  Court agrees with the recommendations of the magistrate judge.

21          ACCORDINGLY, IT IS ORDERED:

22          1.      The final report and recommendation is adopted.

23          2.      Respondent's Motion to Dismiss is granted.

24          3.      Judgment shall be entered consistent with this order.

25          4.      The clerk shall serve this order and the judgment on all counsel or parties of record.

26  DATED: February 12, 2009

27                                     _____
                                       HONORABLE MARGARET M. MORROW
28                                         UNITED STATES DISTRICT JUDGE