JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JAVIER LAUREL, | ) | No. CV 08-1676-MMM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| T. FELKER, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 12, 2009

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE